United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUMIT KUMAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-270 |
| | § | |
| WDN. RAYMOND THOMPSON, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

In this immigration habeas case, the petitioner's counsel filed a status report (Dkt. 9) stating that the petitioner was released from the respondents' custody on April 24, 2026, rendering the petitioner's request for release moot. Therefore, the Court **ORDERS** that this habeas action is **DISMISSED without prejudice** as moot.

All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____June 22_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1